UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RAFAEL ALEJANDRO CANEZ,<br><br>                Defendant. | Case No. CR20-120 RSM<br><br>DETENTION ORDER |

Mr. Canez is charged with (1) Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h); (2) Money Laundering, 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2; (3) Money Laundering, 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2;(4) Money Laundering, 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2; (5) International Money Laundering, 18 U.S.C. §§ 1956(a)(2)(B)(i) and 2; and (6) International Money Laundering, 18 U.S.C. §§ 1956(a)(2)(B)(i) and 2.

On February 14, 2022, Mr. Canez's detention hearing was held before the undersigned. The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth and as stated on the record, finds:

    1.    Mr. Canez poses a risk of nonappearance due to the pending charges and the weight of the evidence against him, his lack of ties to this district and his ties to a

foreign country. Mr. Canez's release address is only a very short distance to the United States border with Mexico and Mr. Canez freely travels between the two countries without a passport. Mr. Canez poses a risk of danger due to his alleged involvement in firearm and munition trafficking.

2. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Canez's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Canez shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Canez shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Canez is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Canez, to the United States Marshal, and to the United States Pretrial Services Officer.

//

DATED this 15th day of February, 2022.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3