The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAFAEL ALEJANDRO CANEZ, <br><br> Defendant. | NO. CR20-120RSM <br><br> ORDER GRANTING DEFENDANT'S MOTION TO SEAL DOCUMENT |

**THIS MATTER** comes before the Court by defendant's motion to seal document "Defense Counsel's Motion to Withdraw and Appoint Substitute Counsel at Public Expense" [Dkt. 160]. The Court has reviewed the motion and finds that because the document contains sensitive personal information, permits the filing of the document under seal.

**IT IS HEREBY ORDERED** that document "Defense Counsel's Motion to Withdraw and Appoint Substitute Counsel at Public Expense" [Dkt. 160] be filed under seal.

DONE this 9th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///
///

ORDER GRANTING MOTION TO SEAL DOCUMENT
Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

Presented by:

/s/ Thomas D. Coe
By:
THOMAS D. COE
Email: tomdcoe@gmail.com
Attorney for Defendant

ORDER GRANTING MOTION TO SEAL DOCUMENT
Page - 2

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816